**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MAX PRIVAL,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2506-KC** |
| | § | |
| **MARY DE ANDA-YBARRA, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered Max Prival's Petition for a Writ of Habeas Corpus, ECF No. 1. On October 15, 2026, the Court ordered Respondents by no later than October 22, 2026, to either (1) provide Prival with a bond hearing before an immigration judge ("IJ"), or (2) release him from custody under reasonable conditions of supervision. Oct. 15, 2026, Order 4, ECF No. 5. Respondents now inform the Court that, on October 21, 2026, an IJ ordered Prival released from custody on bond. Status Report, ECF No. 7; *see id*. Ex. A ("IJ Order"), ECF No. 7-1.

Therefore, it appears that that no matters remain pending for the Court's consideration. *See generally* Pet.; Oct. 15, 2026, Order. Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 26th day of October, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE